ELEANOR POST, Individually and as Receiver of the Personal Property and Rents and Profits of the Real Property of EDWARD L. POST, Appellant, *v.* GURDON BROWNE et al., Respondents, et al., Defendants.

Argued May 22, 1952; decided June 5, 1952.

*James E. Birdsall* and *Arthur G. Warner* for appellant.
*Howard A. Thomsen* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.